IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS DELEON,<br><br>Defendant. | 4:15CR3009<br><br><br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on the defendant's response (Filing No. 85) to the Court's Memorandum and Order (Filing No. 84) denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) without prejudice, which the Court construes as a renewed motion. The Court denied his first motion because it "could not determine if the defendant has exhausted his administrative remedies[.]" (Filing No. 84 at 2).

The defendant submitted what the Court was looking for—a copy of the warden's response to his request for compassionate release. (Filing No. 85 at 3). That response indicates the defendant's request was received on June 26, 2025 and denied July 21, 2025. (Filing No. 85 at 3).

That means, at least based on the information before the Court, that the defendant has not yet exhausted his administrative remedies. "[I]f the warden denie[s] [a defendant's] request [for compassionate release] within 30 days of receipt," as here, "the defendant must exhaust administrative remedies within the Bureau of Prisons." *United States v. Peuser*, 2020 WL 2732088, at *1 (D. Neb. May 26, 2020). To do so, the defendant must appeal the warden's decision through the Bureau of Prisons' Administrative Remedy Procedure. *See* 28 C.F.R. § 542.15(a). The warden's response advised him as much. (Filing No. 85 at 3).

Until the defendant shows the Court that he has exhausted his administrative remedies within the BOP, the Court cannot "entertain his request for compassionate release[.]" *Peuser*, 2020 WL 2732088, at *2. Accordingly,

**IT IS ORDERED:**

1. The defendant's renewed motion for sentence reduction under 18 U.S.C. § 3582(c)(1)(A) (Filing No. 85) is denied without prejudice to resubmission following exhaustion of administrative remedies

Dated this 22nd day of August, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge