IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS DELEON<br><br>Defendant. | 4:15CR3009<br><br>ORDER |

This matter is before the Court on the defendant's pro se motion requesting the court provide him with a copy of certain documents and transcripts free of charge. Filing No. 88. Defendant was sentenced and a judgment was entered on February 21, 2025. Filing No. 79. The time to file an appeal has expired. Other than Defendant's current motion for free copies, there are no pending motions or appeals in this matter, and the defendant makes no showing as to why he needs these transcripts and copies.

Regarding the transcript requests, an indigent defendant bringing a post-conviction proceeding under 28 U.S.C. § 2255 may have a transcript prepared at the government's expense, if the suit is not frivolous and the transcript is needed to decide the issue presented. 28 U.S.C. § 753. But any request for a free transcript prior to the filing of a § 2255 motion is premature. *Chapman v. United States*, 55 F.3d 390, 390-91 (8th Cir. 1995). The defendant has not met the required criteria. Moreover, the court file does not contain a copy of the grand jury transcript[1].

With regard to the requested copies, an individual does not have the right to receive copies of documents without payment, even if they are indigent. *See* 28

---

[1] Fed. R. Crim. P. 6(e) provides that grand jury proceedings are secret and are only to be disclosed in limited matters, none of which are proven here. A defendant seeking disclosure of grand jury materials bears the burden of presenting a "strong showing of particularized need" for these materials. *United States v. Sells Engineering, Inc.*, 463 U.S. 418, 443 (1983). No justification whatsoever was provided for the request.

U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). Neither statutory authority nor this Court's practice requires the provision of free copies of court records to the defendant under these circumstances. Therefore, the Court is not inclined to order a copy of the requested court documents at the government's expense. The defendant may pay for the requested copies at the established rate of 50¢ per page. Additionally, upon review of the court docket, there is no "criminal complaint" or "certificate of concurrence" in the above captioned case. Accordingly,

IT IS ORDERED:

1. Defendant's motion for free copies, Filing No. 79, is denied.
2. The Clerk of Court is directed to mail a copy of this order to the Defendant at his last known address.

Dated this 4th day of December, 2025.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge